# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cr-0034-RLH-RJJ |
| ) | |
| vs. ) | **O R D E R** |
| ) | (Motion to Allow Late Notice–#29) |
| MATTHEW STEVEN JENSEN, ) | |
| ) | |
| Defendant. ) | |

The Court having considered Defendant Jensen's Motion to Allow Late Filing of Notice of Appeal (#29, filed September 16, 2011), and good cause appearing because of excusable neglect,

IT IS HEREBY ORDERED that the Motion to Allow Late Filing of Notice of Appeal (#29) is granted.

Dated: September 21, 2011.

_____
**Roger L. Hunt**
**United States District Judge**

1